UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| KRATOS ENTERPRISES HOLDINGS, LLC, | |
| Plaintiff, | CA No: 2:16-cv-12504-MFL-APP |
| v. | |
| NOVA ORTHO-MED, INC. | Hon. Matthew F. Leitman |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The above-named parties, by and through their counsel, hereby dismiss with prejudice and on the merits the above-entitled proceeding in its entirety.   The parties understand and intend that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is effective immediately upon its filing.  The parties further stipulate and agree that they have completely settled and resolved all claims for costs, disbursements, and attorney's fees regarding this proceeding and that no additional costs, disbursements or attorney's fees can be awarded by the Court.

Respectfully submitted this the 10th day of January, 2017.

| | |
|---|---|
| /s/Christopher P. Maiorana | /s/ Nathan N. Lowenstein (with permission) |
| Christopher P. Maiorana | Nathan N. Lowenstein |
| CHRISTOPHER P. MAIORANA, P.C. | LOWENSTEIN & WEATHERWAX, LLP |
| 24840 Harper Avenue, Suite 100 | 1880 Century Park East, |
| St. Clair Shores, MI  48080 | Suite 815 |
| P: (586)498-0670 | Los Angeles, CA  90067 |
| chris@maioranapc.com | P: (310)307-4500 |
| | lowenstein@lowensteinweatherwax.com |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Stipulation of Dismissal with Prejudice* was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter, this 10th day of January, 2017.

Respectfully submitted,

/s/ Christopher P. Maiorana
Christopher P. Maiorana
CHRISTOPHER P. MAIORANA, P.C.
24840 Harper Avenue, Suite 100
St. Clair Shores, MI 48080
P: (586)498-0670
chris@maioranapc.com

***Counsel for Plaintiff***